# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

153986(31)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARCO DEMARIO MARTIN,
    Defendant-Appellant.

SC: 153986
COA: 331011
Wayne CC: 11-012737-FC

_____/

On order of the Court, the motion for reconsideration of this Court's March 5, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

a0521